

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-26-2006

# USA v. McKoy

Precedential or Non-Precedential: Precedential

Docket No. 05-2461

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. McKoy" (2006). *2006 Decisions*. Paper 784.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/784

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2461
_____

UNITED STATES OF AMERICA

v.

RICARDO MCKOY,
                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Crim. Action No. 04-cr-00205
(Honorable Anne E. Thompson)

_____

Submitted Under Third Circuit LAR 34.1(a)
April 25, 2006

Before: FUENTES, STAPLETON, and ALARCÓN,* *Circuit Judges*.

(Filed June 15, 2006)

_____

**ORDER AMENDING PUBLISHED OPINION**


IT IS NOW ORDERED that the published Opinion in the above case filed June 16, 2006, be amended as follows:

_____

*The Honorable Arthur L. Alarcón, Senior Judge, United States Court of Appeals for the Ninth Circuit, sitting by designation.

Add attorney:        David B. Lat, Esq.
Office of United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

Attorney for Appellee


By the Court,



/s/ Arthur L. Alarcón
Circuit Judge



DATED: June 26, 2006
CRG/cc: David E. Schafer, Esq.
       David B. Lat, Esq.
       George S. Leone, Esq.